IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


KATHY F. ESELHORST,

    Petitioner,

v.	CASE NO. 5:04-cv-00288-SPM-AK

JOSE BARRON, JR.,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 7, Amended Petition for Writ of Habeas Corpus, filed by Kathy F. Eselhorst. She has paid the filing fee. In her petition, Petitioner alleges that the Bureau of Prisons has violated her due process rights by improperly depriving her of good time based on an erroneous interpretation of 18 U.S.C. § 3624(b). *Id*. at 3. Although Petitioner has not exhausted her administrative remedies, the Court will proceed to the merits of her claim.

On July 12, 2005, the Eleventh Circuit issued its decision in *Brown v. McFadden*, finding:

> (1) 18 U.S.C. § 3624(b)(1) is ambiguous and does not unambiguously support either argument; that a federal prisoner should get good time credit of 54 days for each year he is sentenced to imprisonment, *or* that a federal prisoner should get good time credit of 54 days for each year he actually serves in prison;

> (2) Even though the statute is ambiguous, the BOP's interpretation of the statute that a federal prisoner should get good time credit of 54 days for each year he actually serves in prison is reasonable and therefore is due to be affirmed; and

(3) The rule of lenity is inapplicable because of the BOP's reasonable interpretation of 18 U.S.C. § 3624(b)(1).

*Brown v. McFadden*, No. 04-14132, 2005 WL 1618739, at *2 (11th Cir. July 12, 2005) (emphasis in original).

Because *Brown* disposes of the issues in this case, it is respectfully **RECOMMENDED** that Petitioner's amended petition for writ of habeas corpus, Doc. 7, be **DENIED** and this cause be **DISMISSED WITH PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this **15th** day of July, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**