IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KATHY F. ESELHORST,

    Petitioner,

vs.                                        CASE NO.  5:04cv288-SPM/AK

JOSE BARRON, JR.,

    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated July 15, 2005 (doc.10).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 10) is ADOPTED and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 7) is denied.

DONE AND ORDERED this 23rd day of August, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge